No. 132. RUMSA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John O'C. FitzGerald* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 140. REDDING *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Woodrow Seals* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice, Katherine W. Conti* and *Horace Wimberly,* Assistant Attorneys General, for respondent.

No. 147. REESE ET AL. *v.* WOOD ET AL. Supreme Court of Louisiana. Certiorari denied. *Gerard Harold Schreiber* for petitioners.

No. 76. VENZEL *v.* UNITED STATES STEEL Co. C. A. 6th Cir. Motion for leave to file brief of International Union, United Automobile, Aircraft & Agricultural Implement Workers of America, UAW-CIO, as *amicus curiae,* denied. Certiorari denied. *Arthur J. Goldberg* for petitioner. *James C. Davis* and *John J. Adams* for respondent.

No. 136. PEOPLES DEPOSIT BANK & TRUST Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. *L. K. Olson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for the United States.